# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | | |
|---|---|---|
| FRANCIS YEE and IRENE YEE, | ) | *E-FILED 7/31/06* |
| Plaintiff, | ) | |
| v. | ) | Case Number: C 05-03097 RS |
| VENTUS CAPITAL SERVICES, INC., a Texas Corporation; ACADEMY COLLECTION SERVICE, INC., a Pennsylvania corporation; JANE ROE, aka SHARON HUMPHREY, an individual; MARY ROE, aka JANIS MITCHELL, an individual; JOHN DOE, aka C.E. SCHNEIDER, an individual; TONY DOE, aka BILL HAYES, an individual; DOE ABC COMPANY and DOE DEF COMPANY and DOES 7 through 22, inclusive | ) | **ORDER OF DISMISSAL** |
| Defendants. | ) | |

Based upon the stipulation of counsel, and all files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the above-captioned action against Defendants Ventus Capital Services, LP, John Doe aka C.E. Schneider and Tony Doe aka Bill Hayes, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and a judgment of dismissal with prejudice may be entered accordingly.

**BY THE COURT:**

Dated: July 31, 2006

Honorable Richard Seeborg
U.S. District Court Judge

906636v1