1  Eric F Fagan # 87071
   efagan@efaganlaw.com
2  Law Offices of Eric F. Fagan
3  2220 Otay Lakes Rd. #502-84
   Chula Vista, Ca. 91915
4  Phone: 619-656-6656  fax:  775-898-5471
   Attorney for Plaintiffs

*E-FILED 10/23/06*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS YEE and IRENE YEE ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | Civil Case No.:  C05-03097-RS |
| ) | |
| VENTUS CAPITAL SERVICES, INC., et al. ) | **REQUEST TO APPEAR BY TELEPHONE AT PLAINTIFFS' MOTION TO COMPEL** AND ORDER THEREON |
| Defendants ) | |
| ) | Date:         November 15, 2006 |
| ) | Time:         9:30 a.m. |
| ) | Dept:         Courtroom 4 |
| ) | Judge:        Richard Seeborg |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Because counsel for the plaintiff FRANCIS YEE and IRENE YEE are located in San Diego, California, counsel respectfully requests to be allowed to appear at the November 15, 2006 plaintiffs' motion to compel via telephone from his office at 2300 Boswell Rd. Ste 211, Chula Vista, CA 91914; (619) 656-6656.

Dated 10/12/2006

                                                       Eric F Fagan, Attorney for Plaintiffs

REQUEST TO APPEAR BY TELEPHONE AT PLAINTIFFS' MOTION TO COMPEL

1  The court hereby grants the request for Eric F. Fagan to appear at the above-mentioned plaintiffs'
2 motion to compel telephonically. Counsel shall contact Court Conference at 866/582-6878 prior to
3 the hearing to arrange participation by telephone.
4 Date: 10/23/06

    The Hon. Richard Seeborg