***E-FILED 11/30/06***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCIS YEE, IRENE YEE | NO. C 05-03097 (RS) |
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL** |
| v. | |
| VENTUS CAPITAL SERVICES, ET AL. | |
| Defendants. | |

## INTRODUCTION

Before the Court is the motion of defendant Academy Collection Service, Inc. to compel further discovery responses and its request for sanctions. Pursuant to Local Rule 7-1 (b), the Court finds this motion suitable for disposition without oral argument. For reasons explained below, the motion will be granted in part and denied in part.

## DISCUSSION[1]

A. <u>Timeliness of Motion</u>.

Plaintiffs argue that this motion was untimely filed because the "case management order does not specify the deadline for motions to compel but it would be reasonable to make it the same as the discovery cut off." Academy responds that since "there is no set time limit either in the Code [sic] or in the Court's Case Management Order," it should be deemed to have acted with reasonable diligence by filing this motion a little more than a month after receiving the discovery responses in dispute.

Local Civil Rule 26-2 is entitled, in relevant part, "Deadline to File Motions to Compel" and it expressly provides that motions to compel may be filed up to seven court days after the discovery cut-off. Here, the discovery cut-off was October 16, 2006. This motion was filed on the fifth court day thereafter, October 23, 2006. The motion is timely.

B. <u>Interrogatory Responses</u>

Academy propounded one set of 25 numbered interrogatories on each plaintiff. Although plaintiffs asserted various objections to each interrogatory, the sole objection on which it relies in opposing this motion is its contention that the 25th interrogatory in each set created a violation of the numerical limit on interrogatories. That interrogatory asked plaintiffs to state the factual basis for any response to a request for admissions that was not an unqualified admission. Plaintiffs are correct that such an interrogatory "counts" separately for each applicable request for admission. See Local Civil Rule 33-2; *Safeco of America v. Rawston*, 181 F.R.D. 441, 445-446 (C.D. Cal. 1998). Accordingly, plaintiffs could properly object to responding further to the 25th interrogatory after answering it with respect to one request for admission.

Plaintiffs cannot, however, evade providing any substantive responses to the first 24 interrogatories (or a response to the 25th interrogatory with respect to one request for admission), simply because the remainder of the 25th interrogatory is objectionable. Accordingly, the motion is granted as to Interrogatories Nos. 1-24 in each set, and as to Interrogatory No. 25 in each set, limited

---

[1] The factual background of this action has been discussed in prior orders and will not be repeated here.

2

to a single request for admission.

C. <u>Document Requests</u>

On reply, Academy acknowledges receipt of the documents it was seeking.

D. <u>Sanctions</u>

The request for sanctions is denied.  Local Civil Rule 7-8 requires all motions for sanctions to be separately noticed.

<u>CONCLUSION</u>

The motion to compel and request for sanctions is granted to the extent set forth above and is otherwise denied.

IT IS SO ORDERED.

Dated: November 30, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN DELIVERED TO:**

Steve W. Dollar     nritz@eakdl.com

Eric F. Fagan     efagan@efaganlaw.com, dorian@efaganlaw.com; jeremy@efaganlaw.com

Jeremy Scott Golden     jeremy@efaganlaw.com, dorian@efaganlaw.com

Daniel Paul McKinnon     dmckinnon@eakdl.com, pbradford@eakdl.com

John Karl Rossman     rossmanj@moss-barnett.com, cred-rem@moss-barnett.com

Natalie P. Vance     nvance@klinedinstlaw.com, ntooley@klinedinstlaw.com; lwelch@klinedinstlaw.com

**Dated: 11/30/06**                                                          **Chambers of Judge Richard Seeborg**

**By:**          **/s/ BAK**