***E-FILED*
January 8, 2007**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCIS YEE, et al., | No. C 05-03097 RS |
| Plaintiffs, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| VENTUS CAPITAL SERVICES, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **February 28, 2007**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 7, 2007 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: January 8, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Steve W. Dollar    nritz@eakdl.com

Eric F. Fagan    efagan@efaganlaw.com, dorian@efaganlaw.com; jeremy@efaganlaw.com

Jeremy Scott Golden    jeremy@efaganlaw.com, dorian@efaganlaw.com

Daniel Paul McKinnon    dmckinnon@eakdl.com, pbradford@eakdl.com

John Karl Rossman    rossmanj@moss-barnett.com, cred-rem@moss-barnett.com

Natalie P. Vance    nvance@klinedinstlaw.com, ntooley@klinedinstlaw.com; lwelch@klinedinstlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: January 8, 2007

                               /s/ BAK
                               Chambers of Magistrate Judge Richard Seeborg