1  STEVE W. DOLLAR [SBN 104365]
   VON RYAN REYES, ESQ. [SBN 205186]
2  ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
   152 No. Third Street, Suite 700
3  San Jose, CA 95112
   Telephone: (408) 286-0880
4  Facsimile: (408) 286-0337                                *E-FILED 3/1/07*

5  Attorneys for Defendant
   ACADEMY COLLECTION SERVICE, INC.
6

7

8                      UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| FRANCIS YEE and IRENE YEE, | Case Number C05-03097-RS |
|---|---|
| Plaintiffs, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| VENTUS CAPITAL SERVICES, INC.,a Texas corporation, ACADEMY COLLECTION SERVICE, INC., a Pennsylvania corporation; JANE ROE, aka SHARON HUMPHREY, an individual; MARY ROE, aka JANIS MITCHELL, an individual; JOHN DOE aka C.E. SCHNEIDER, an individual; TONY DOE, aka BILL HAYES, an individual; DOE ABC COMPANY and DOE DEF COMPANY, and DOES 7 through 22, inclusive | AND ORDER THEREON |
| Defendants. | |

    IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiffs and their attorneys and Defendants Academy Collection Service, Inc. and their attorneys that the above-captioned action against said Defendants, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any part and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

/ / /

/ / /

/ / /

1
STIPULATION OF DISMISSAL WITH PREJUDICE

Dated: February 26, 2007

ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.

_____
DANIEL PAUL McKINNON
Attorney for Defendant Academy Collection Service, Inc.

Dated: FEB 27, 2007

_____
ERIC F. FAGAN
Attorney for Plaintiffs

ORDER

IT IS SO ORDERED.

Dated: March 1, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

---

2

STIPULATION OF DISMISSAL WITH PREJUDICE